1  OMAR FIGUEROA #196650
   J. TONY SERRA #36239
2  KALI S. GRECH #238461
   506 Broadway
3  San Francisco CA 94133

4  Attorneys for Defendant
   JEREMY WILKERSON

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,

12         Plaintiff,                CR 99-465-03 MMC

13     v.                            DECLARATION OF COUNSEL IN
                                     SUPPORT OF DEFENDANT'S MOTION
14 JEREMY THOMAS WILKERSON,          TO FILE LATE REPLY BRIEF AND
                                     ~~PROPOSED~~ ORDER
15         Defendant.
   _____/

17     I, KALI GRECH, hereby declare, under penalty of perjury,
18 that the following statements are true and correct to the best
19 of my knowledge:

20     1.   I am admitted to practice before this Court.  I am one
21 of the attorneys responsible for handling this reply brief on
22 behalf of defendant.

23     2.   I make this declaration in support of Defendant's
24 Motion to File their Reply Brief three court days beyond the
25 scheduled date of November 12, 2009.

26     3.   Extension of time is required because Defendant has
27 been out of the office, and back and forth to the doctor's
28 office, for the past ten days.  He is presently at the hospital

1 where his mate is being induced to labor for a premature
2 complicated birthing process.  He has been overwhelmed by such
3 ordeal, and has not been able to communicate with me to prepare
4 his affidavit timely.
5     WHEREFORE, defense counsel prays for a three court days
6 extension.
7     I declare under penalty of perjury that the foregoing is
8 true and correct, except as to matters therein stated on
9 information and belief, and as to those matters, I believe them
10 to be true.  Executed on November 10, 2009, at San Francisco,
11 California.

/s/KALI S. GRECH
KALI S. GRECH
Attorney for Defendant
JEREMY WILKERSON

19                          ~~PROPOSED~~ ORDER

20     GOOD CAUSE APPEARING THEREFOR,
21     IT IS HEREBY ORDERED that defense has until November 18,
22 2009 to file its Reply Brief.
23     DATED: November 12, 2009

HON. JUDGE MAXINE M. CHESNEY
U.S. District Court Judge